**ATTACHMENT A**

Legal Description:

All right and title to the property located in London, United Kingdom ("U.K."), SW1W 0JR, owned by Qentas Holdings Limited, including all appurtenances, improvements, and attachments thereon, as well as all leases, rents and profits derived therefrom.  The Defendant Asset includes all right, title, and interest in the leasehold for Parking Space 2 at the address of the Defendant Asset, as well as all sub-leases, rents, and profits derived therefrom.

Interested Parties:

The parties believed to have a potential interest in the Defendant Asset are Qentas Holdings Limited, Low Taek Jho, Jynwel Capital Ltd., Riza Shahriz Bin Abdul Aziz and Red Granite Capital Limited.  According to a search of the Land Registry conducted by the U.K. National Crime Agency, title to Defendant Asset is held in the name of Qentas Holdings Limited, and there are no recorded liens against the property.