Karen Y. Paik (SBN 288851)
BOIES, SCHILLER & FLEXNER LLP
401 Wilshire Boulevard, Suite 850
Santa Monica, CA 90401
Telephone: (310) 752-2400
Fax: (310) 752-2490
E-mail: kpaik@bsfllp.com

Matthew L. Schwartz (*pro hac vice* pending)
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Ave.
New York, NY 10022
Telephone: (212) 446-2300
Fax: (212) 446-2350
E-mail: mlschwartz@bsfllp.com

*Attorneys for Claimant*
*Qentas Holdings Limited*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED IN LONDON, UNITED KINGDOM OWNED BY QUENTAS HOLDINGS,<br><br>Defendant. | Case No. 16-cv-05380-DSF (PLAx)<br><br>**VERIFIED CLAIM AND STATEMENT OF INTEREST OF CLAIMANT QENTAS HOLDINGS LIMITED** |

## VERIFIED CLAIM AND STATEMENT OF INTEREST

By and through its undersigned counsel, Claimant Qentas Holdings Limited files this verified claim and statement of interest for the above captioned defendant property pursuant to Supplemental Rule G of the Federal Rules of Civil Procedure, Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions, as follows:

1. Claimant Qentas Holdings Limited is a company organized under the laws of the British Virgin Islands.

2. Qentas Holdings Limited is the owner in fee simple of the defendant property, "Real Property Located in London, United Kingdom, Owned by Qentas Holdings," as more particularly described in Attachment A to the Verified Complaint for Forfeiture *in Rem* filed in this action.[1]

3. Accordingly, Qentas Holdings Limited asserts its interest in the defendant property and has standing to contest its forfeiture.

4. Pursuant to Supplemental Rule E(8), made applicable to forfeiture actions by Supplemental Rule G(1), Claimant expressly limits its appearance to asserting and defending its claim.

---

[1] Pursuant to Local Civil Rule 5.2-1, this claim references the defendant *in rem* by city and state only, as the United States did in its Complaint.

1  Dated: September 9, 2016          Respectfully Submitted,

2

3                                    BOIES, SCHILLER & FLEXNER LLP
                                     *Attorney for Qentas Holdings Limited*

4

5                              By:   /s/ Matthew L. Schwartz
                                     Matthew L. Schwartz

## VERIFICATION

I am a duly-appointed director of Claimant Qentas Holdings Limited. I verify under penalty of perjury that the foregoing Verified Claim and Statement of Interest is true and correct.

EXECUTED ON: September 9, 2016

*Calvin Peeler*
_____
Calvin Peeler
Director
Qentas Holdings Limited

# CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing **VERIFIED CLAIM AND STATEMENT OF INTEREST** was sent by U.S. mail this 9th day of September, 2016, to:

John J. Kucera
Christen A. Sproule
Assistant United States Attorneys
Central District of California
Asset Forfeiture Section
312 North Spring Street, 14th Floor
Los Angeles, California 90012

Dated: September 9, 2016

By: /s/ Matthew L. Schwartz
Matthew L. Schwartz
BOIES, SCHILLER & FLEXNER LLP

---

4
VERIFIED CLAIM AND STATEMENT OF INTEREST OF CLAIMANT QENTAS
HOLDINGS LIMITED