UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>REAL PROPERTY LOCATED IN LONDON, UNITED KINGDOM, OWNED BY QENTAS HOLDINGS,<br><br>      Defendant. | NO. CV 16-5380-DSF (PLAx)<br><br>**ORDER CONTINUING HEARING ON MOTIONS TO DISMISS AND SETTING BRIEFING SCHEDULE** |

    Pursuant to the stipulation and request of the parties, and good cause appearing therefor, IT IS ORDERED that Claimant's responses to the Government's special interrogatories are due April 26, 2017; the Government's response to Claimant's motions (Docket Numbers 35 and 37) shall be filed no later than July 31, 2017; Claimant's reply shall be filed no later than August 7, 2017; and the hearing on Claimant's motions to dismiss, currently set for July 24, 2017, is continued to August 21, 2017, at 1:30 p.m.

DATED: 5/8/17

                                                                                     *Dale S. Fischer*

                                                      UNITED STATES DISTRICT JUDGE

PRESENTED BY:

DEBORAH CONNOR, Acting Chief
Asset Forfeiture and Money Laundering Section
United States Department of Justice
WOO S. LEE
KYLE R. FREENY
Criminal Division
U.S. Department of Justice

SANDRA R. BROWN
Acting United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

\_\_\_\_\_/s/ *Christen A. Sproule*_____
JOHN J. KUCERA
CHRISTEN A. SPROULE
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA